DEXTER AND NORTHERN RAILROAD COMPANY, Appellant,
*v.* LUTHER I. FOSTER et al., Respondents.

*Dexter & Northern R. R. Co.* v. *Foster*, 142 App. Div. 240,
affirmed.
(Argued November 21, 1911; decided December 19, 1911.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial
department, entered January 14, 1911, which affirmed an
order of Special Term awarding separate bills of costs
and extra allowances to various defendants in a con-
demnation proceeding.

The following question was certified: "Are the several
defendants to whom costs have been awarded in this pro-
ceeding severally entitled to a bill of costs under section

3372 of the Code of Civil Procedure as a matter of right?"

*Elon R. Brown* and *Henry H. Babcock* for appellant.

*Charles A. Phelps* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.